ADRIENNE C. PUBLICOVER  (SBN 161432)
SHIVANI NANDA  (SBN 253891)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California  94105
Tel:     (415) 433-0990
Fax:    (415) 434-1370
Email: Adrienne.Publicover@wilsonelser.com
          Shivani.Nanda@wilsonelser.com

Attorneys for Defendant

LIFE INSURANCE COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINAH FISCHBACH-BENSON,<br><br>    Plaintiff,<br><br>    v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, INSURANCE COMPANY OF NORTH AMERICA, and DOES 1 through 10,<br><br>    Defendants. | CASE NO.   CV 10-00036 SC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT, PURSUANT TO LOCAL RULE 6-1**<br><br>Action Filed:            September 25, 2009<br>Date of Removal:      January 5, 2010<br>Current Response Due:   January 12, 2010<br>New Response Date:    February 5, 2010 |

**IT IS HEREBY STIPULATED**, pursuant to Local Rule 6-1, by and between plaintiff Dinah Fischbach-Benson, and Life Insurance Company of North America, through their attorneys of record, as follows:

1. Defendant Life Insurance Company of North America removed this action on January 5, 2010, and thus their response to the Complaint is currently due on January 12, 2010;

---

2. The parties have agreed that defendant Life Insurance Company of North America may have an extension to and including Friday, February 5, 2010 to answer or otherwise respond to the complaint herein; and

3. This extension does not exceed thirty (30) days.

Date: January 11, 2010        WILSON, ELSER, MOSKOWITZ,
                              EDELMAN & DICKER LLP


                              By:    / S / *Adrienne C. Publicover*
                                     ADRIENNE C. PUBLICOVER
                                     SHIVANI NANDA

                                     Attorneys for Defendant
                                     LIFE INSURANCE COMPANY
                                     OF NORTH AMERICA


Date: January 11, 2010        FLYNN, ROSE & PERKINS


                              By:    / S / *Susan Pelmulder*
                                     CHARLES B. PERKINS
                                     SUSAN PELMULDER

                                     Attorneys for Plaintiff
                                     DINAH FISCHBACH-BENSON

IT IS SO ORDERED
Judge Samuel Conti
1/12/10

---

2
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
PURSUANT TO LOCAL RULE 6-1**
USDC NDCA Case # CV10-00036 SC
503891.1