ADRIENNE C. PUBLICOVER  (SBN 161432)
SHIVANI NANDA  (SBN 253891)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California  94105
Tel:   (415) 433-0990
Fax:   (415) 434-1370
Email: Adrienne.Publicover@wilsonelser.com
       Shivani.Nanda@wilsonelser.com

Attorneys for Defendant

LIFE INSURANCE COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINAH FISCHBACH-BENSON,<br><br>    Plaintiff,<br><br>    v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, INSURANCE COMPANY OF NORTH AMERICA, and DOES 1 through 10,<br><br>    Defendants. | CASE NO.   CV 10-00036 SC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT, PURSUANT TO LOCAL RULE 6-1**<br><br>Action Filed:   September 25, 2009<br>Date of Removal:   January 5, 2010<br>Current Response Due:   January 12, 2010<br>New Response Date:   February 5, 2010 |

     **IT IS HEREBY STIPULATED**, pursuant to Local Rule 6-1, by and between plaintiff Dinah Fischbach-Benson, and Life Insurance Company of North America, through their attorneys of record, as follows:

     1.    Defendant Life Insurance Company of North America removed this action on January 5, 2010, and thus their response to the Complaint is currently due on January 12, 2010;

---

1
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
PURSUANT TO LOCAL RULE 6-1**
USDC NDCA Case # CV10-00036 SC
503891.1

2. The parties have agreed that defendant Life Insurance Company of North America may have an extension to and including Friday, February 5, 2010 to answer or otherwise respond to the complaint herein; and

3. This extension does not exceed thirty (30) days.

Date: January 11, 2010     WILSON, ELSER, MOSKOWITZ,
                                       EDELMAN & DICKER LLP

                           By:  / S / *Adrienne C. Publicover*
                                ADRIENNE C. PUBLICOVER
                                SHIVANI NANDA

                                Attorneys for Defendant
                                LIFE INSURANCE COMPANY
                                OF NORTH AMERICA

Date: January 11, 2010     FLYNN, ROSE & PERKINS

                           By:  / S / *Susan Pelmulder*
                                CHARLES B. PERKINS
                                SUSAN PELMULDER

                                Attorneys for Plaintiff
                                DINAH FISCHBACH-BENSON

IT IS SO ORDERED
Judge Samuel Conti
1/12/10

2
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
PURSUANT TO LOCAL RULE 6-1**
USDC NDCA Case # CV10-00036 SC
503891.1