ADRIENNE C. PUBLICOVER (SBN 161432)
SHIVANI NANDA (SBN 253891)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Tel:    (415) 433-0990
Fax:    (415) 434-1370
Email: Adrienne.Publicover@wilsonelser.com
          Shivani.Nanda@wilsonelser.com

Attorneys for Defendant

LIFE INSURANCE COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINAH FISCHBACH-BENSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, INSURANCE COMPANY OF NORTH AMERICA, and DOES 1 through 10,<br><br>　　　　　Defendants. | CASE NO.　　CV 10-00036 SC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT, PURSUANT TO LOCAL RULE 6-1**<br><br>Action Filed:　　　　　September 25, 2009<br>Date of Removal:　　　January 5, 2010<br>Current Response Due:　February 5, 2010<br>New Response Date:　　March 5, 2010 |

        Plaintiff Dinah Fischbach-Benson, and defendant Life Insurance Company of North America,

through their attorneys of record, hereby submit this stipulation to extend the deadline for defendant to

respond to Plaintiff's complaint by 30 days:

        WHEREAS, Defendant Life Insurance Company of North America removed this action on

January 5, 2010.

        WHEREAS, the parties stipulated that defendant Life Insurance Company of North America's

1  response to Plaintiff's complaint would be due on Friday, February 5, 2010;

2  WHEREAS, the parties have reached a settlement of all claims and are in the process of

3  finalizing the settlement agreement and release;

4  WHEREAS, given the parties' settlement, the parties stipulated to an additional 30-day

5  extension of the deadline for defendant Life Insurance Company of North America to respond to the

6  complaint;

7  ///

8  ///

9  ///

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
**PURSUANT TO LOCAL RULE 6-1**

USDC NDCA Case # CV10-00036 SC
513030.1

NOW THEREFORE, THE PARTIES HEREBY SUBMIT THIS STIPULATED REQUEST for a Court order extending the deadline for defendant Life Insurance Company of North America to answer or otherwise respond to Plaintiff's complaint by 30 days.

Date: February 5, 2010                WILSON, ELSER, MOSKOWITZ,
                                       EDELMAN & DICKER LLP


                                       By: __/ S / Adrienne C. Publicover_____

                                       ADRIENNE C. PUBLICOVER
                                       SHIVANI NANDA
                                       Attorneys for Defendant
                                       LIFE INSURANCE COMPANY
                                       OF NORTH AMERICA


Date: February 5, 2010                FLYNN, ROSE & PERKINS


                                       By: __/ S / Charles B. Perkins_____

                                       CHARLES B. PERKINS
                                       SUSAN PELMULDER
                                       Attorneys for Plaintiff
                                       DINAH FISCHBACH-BENSON


## ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that the deadline for defendant Life Insurance Company of North America to respond to Plaintiff's complaint will be extended to March 5, 2010.

Date:__2/8/10_____        By:_____

                                       HONOR[...]CONTI
                                       United S[...]

---

3
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
**PURSUANT TO LOCAL RULE 6-1**
USDC NDCA Case # CV10-00036 SC
513030.1