ADRIENNE C. PUBLICOVER (SBN 161432)
SHIVANI NANDA (SBN 253891)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Tel:   (415) 433-0990
Fax:   (415) 434-1370
Email: Adrienne.Publicover@wilsonelser.com
        Shivani.Nanda@wilsonelser.com

Attorneys for Defendant

LIFE INSURANCE COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINAH FISCHBACH-BENSON,<br><br>           Plaintiff,<br><br>     v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, INSURANCE COMPANY OF NORTH AMERICA, and DOES 1 through 10,<br><br>           Defendants. | CASE NO.   CV 10-00036 SC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT, PURSUANT TO LOCAL RULE 6-1**<br><br>Action Filed:           September 25, 2009<br>Date of Removal:      January 5, 2010<br>Current Response Due: February 5, 2010<br>New Response Date:    March 5, 2010 |

Plaintiff Dinah Fischbach-Benson, and defendant Life Insurance Company of North America, through their attorneys of record, hereby submit this stipulation to extend the deadline for defendant to respond to Plaintiff's complaint by 30 days:

WHEREAS, Defendant Life Insurance Company of North America removed this action on January 5, 2010.

WHEREAS, the parties stipulated that defendant Life Insurance Company of North America's

---

1
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
PURSUANT TO LOCAL RULE 6-1**
USDC NDCA Case # CV10-00036 SC
513030.1

1  response to Plaintiff's complaint would be due on Friday, February 5, 2010;

2  WHEREAS, the parties have reached a settlement of all claims and are in the process of
3  finalizing the settlement agreement and release;

4  WHEREAS, given the parties' settlement, the parties stipulated to an additional 30-day
5  extension of the deadline for defendant Life Insurance Company of North America to respond to the
6  complaint;

7  ///
8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///

28

2
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
PURSUANT TO LOCAL RULE 6-1**
USDC NDCA Case # CV10-00036 SC
513030.1

NOW THEREFORE, THE PARTIES HEREBY SUBMIT THIS STIPULATED REQUEST for a Court order extending the deadline for defendant Life Insurance Company of North America to answer or otherwise respond to Plaintiff's complaint by 30 days.

Date: February 5, 2010          WILSON, ELSER, MOSKOWITZ,
                                      EDELMAN & DICKER LLP


                                By:   / S / *Adrienne C. Publicover*
                                      ADRIENNE C. PUBLICOVER
                                      SHIVANI NANDA
                                      Attorneys for Defendant
                                      LIFE INSURANCE COMPANY
                                      OF NORTH AMERICA


Date: February 5, 2010          FLYNN, ROSE & PERKINS


                                By:   / S / *Charles B. Perkins*
                                      CHARLES B. PERKINS
                                      SUSAN PELMULDER
                                      Attorneys for Plaintiff
                                      DINAH FISCHBACH-BENSON


### ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that the deadline for defendant Life Insurance Company of North America to respond to Plaintiff's complaint will be extended to March 5, 2010.


Date: 2/8/10                    By: _____
                                     HONORABLE SAMUEL CONTI
                                     United States District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*

---

3
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
PURSUANT TO LOCAL RULE 6-1**
USDC NDCA Case # CV10-00036 SC
513030.1