ADRIENNE C. PUBLICOVER  (SBN 161432)
SHIVANI NANDA  (SBN 253891)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California  94105
Tel:    (415) 433-0990
Fax:    (415) 434-1370
Email: Adrienne.Publicover@wilsonelser.com
         Shivani.Nanda@wilsonelser.com

Attorneys for Defendant

LIFE INSURANCE COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINAH FISCHBACH-BENSON, | CASE NO.    CV 10-00036 SC |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT, PURSUANT TO LOCAL RULE 6-1** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, INSURANCE COMPANY OF NORTH AMERICA, and DOES 1 through 10, | Action Filed:            September 25, 2009 |
| | Date of Removal:       January 5, 2010 |
| Defendants. | Current Response Due:   March 5, 2010 |
| | New Response Date:      April 5, 2010 |

        Plaintiff Dinah Fischbach-Benson, and defendant Life Insurance Company of North America,

through their attorneys of record, hereby submit this stipulation to extend the deadline for defendant to

respond to Plaintiff's complaint by 30 days:

        WHEREAS, Defendant Life Insurance Company of North America removed this action on

January 5, 2010.

        WHEREAS, the parties stipulated that defendant Life Insurance Company of North America's

---

response to Plaintiff's complaint would be due on Friday, February 5, 2010;

WHEREAS, the parties have reached a settlement of all claims and counsel have finalized the terms of a written settlement agreement and release;

WHEREAS, counsel have forwarded the agreed upon settlement agreement and release to their respective clients for signatures;

WHEREAS, given the parties' settlement, the parties stipulated to an additional 30-day extension of the deadline for defendant Life Insurance Company of North America to respond to the complaint;

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
**PURSUANT TO LOCAL RULE 6-1**

USDC NDCA Case # CV10-00036 SC
521740.1

1    NOW THEREFORE, THE PARTIES HEREBY SUBMIT THIS STIPULATED REQUEST

2 for a Court order extending the deadline for defendant Life Insurance Company of North America to

3 answer or otherwise respond to Plaintiff's complaint by 30 days.

4

5 Date: March 8, 2010              WILSON, ELSER, MOSKOWITZ,
                                                  EDELMAN & DICKER LLP
6

7                                            By: ___/ S / Adrienne C. Publicover_____

8                                                  ADRIENNE C. PUBLICOVER
                                                  SHIVANI NANDA
9                                                  Attorneys for Defendant
                                                  LIFE INSURANCE COMPANY
10                                                 OF NORTH AMERICA

11
    Date: March 8, 2010              FLYNN, ROSE & PERKINS
12

13                                           By: ___/ S / Charles B. Perkins_____

14                                                 CHARLES B. PERKINS
                                                  SUSAN PELMULDER
15                                                 Attorneys for Plaintiff
                                                  DINAH FISCHBACH-BENSON
16

17

18                                          **ORDER**

19        Good cause appearing therefore, IT IS HEREBY ORDERED that the deadline for defendant

20 Life Insurance Company of North America to respond to Plaintiff's complaint will be extended to

21 April 5, 2010.

22

23 Date:___March 8, 2010_____          By:_____
                                                  HONOR... ...ONTI
24                                                 United S... ...
25

26

27

28
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
**PURSUANT TO LOCAL RULE 6-1**
USDC NDCA Case # CV10-00036 SC
521740.1