ADRIENNE C. PUBLICOVER  (SBN 161432)
SHIVANI NANDA  (SBN 253891)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California  94105
Tel:    (415) 433-0990
Fax:    (415) 434-1370
Email: Adrienne.Publicover@wilsonelser.com
          Shivani.Nanda@wilsonelser.com

Attorneys for Defendant

LIFE INSURANCE COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINAH FISCHBACH-BENSON,<br><br>                    Plaintiff,<br><br>          v.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA, INSURANCE<br>COMPANY OF NORTH AMERICA, and<br>DOES 1 through 10,<br><br>                    Defendants. | CASE NO.    CV 10-00036 SC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT, PURSUANT TO LOCAL RULE 6-1**<br><br>Action Filed:          September 25, 2009<br>Date of Removal:     January 5, 2010<br>Current Response Due:  March 5, 2010<br>New Response Date:    April 5, 2010 |

Plaintiff Dinah Fischbach-Benson, and defendant Life Insurance Company of North America, through their attorneys of record, hereby submit this stipulation to extend the deadline for defendant to respond to Plaintiff's complaint by 30 days:

WHEREAS, Defendant Life Insurance Company of North America removed this action on January 5, 2010.

WHEREAS, the parties stipulated that defendant Life Insurance Company of North America's

1  response to Plaintiff's complaint would be due on Friday, February 5, 2010;

2      WHEREAS, the parties have reached a settlement of all claims and counsel have finalized the

3  terms of a written settlement agreement and release;

4      WHEREAS, counsel have forwarded the agreed upon settlement agreement and release to their

5  respective clients for signatures;

6      WHEREAS, given the parties' settlement, the parties stipulated to an additional 30-day

7  extension of the deadline for defendant Life Insurance Company of North America to respond to the

8  complaint;

9  ///

10 ///

11 ///

12 ///

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

2
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
PURSUANT TO LOCAL RULE 6-1**

USDC NDCA Case # CV10-00036 SC
521740.1

NOW THEREFORE, THE PARTIES HEREBY SUBMIT THIS STIPULATED REQUEST for a Court order extending the deadline for defendant Life Insurance Company of North America to answer or otherwise respond to Plaintiff's complaint by 30 days.

Date:  March 8, 2010                         WILSON, ELSER, MOSKOWITZ,
                                             EDELMAN & DICKER LLP

                                             By:  _/ S / Adrienne C. Publicover_____

                                             ADRIENNE C. PUBLICOVER
                                             SHIVANI NANDA
                                             Attorneys for Defendant
                                             LIFE INSURANCE COMPANY
                                             OF NORTH AMERICA

Date:  March 8, 2010                         FLYNN, ROSE & PERKINS

                                             By:  _/ S / Charles B. Perkins_____

                                             CHARLES B. PERKINS
                                             SUSAN PELMULDER
                                             Attorneys for Plaintiff
                                             DINAH FISCHBACH-BENSON

## ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that the deadline for defendant Life Insurance Company of North America to respond to Plaintiff's complaint will be extended to April 5, 2010.

Date:__March 8, 2010_____         By:_____
                                    HONOR_____ONTI
                                    United S_____

---

3
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
**PURSUANT TO LOCAL RULE 6-1**
USDC NDCA Case # CV10-00036 SC
521740.1