1 | CHARLES B. PERKINS #126942
FLYNN, ROSE & PERKINS
2 | 59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
3 | (408) 399-4566
Email: cbperk@earthlink.net
4
Attorney for Plaintiff
5 | DINAH FISCHBACH-BENSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DINAH FISCHBACH-BENSON, | ) | Case No. CV 10-00036 SC |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE, AND (PROPOSED) ORDER** |
| vs. | ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, INSURANCE COMPANY OF NORTH AMERICA, and DOES 1 through 10, inclusive | ) | |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff, Dinah Fischbach-Benson and Defendants, Life Insurance Company of North America and Insurance Company of North America, by and through their respective attorneys of record, that this entire action shall be dismissed with prejudice, each party to bear her or its own attorney's fees and costs.

DATE: March 12, 2010

FLYNN, ROSE & PERKINS

By _____
CHARLES B. PERKINS
Attorney for Plaintiff, Dinah
Fischbach-Benson

DATE: ~~March~~ April 29, 2010

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

By: /s/ Shivani Nanda
SHIVANI NANDA
Attorney for Defendants
Life Insurance Company of North America and Life Insurance Company of America

ORDER

Having reviewed the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, each party to bear her or its own attorney's fees and costs.

IT IS SO ORDERED.

DATE: 4/29, 2010

*IT IS SO ORDERED*
/s/ Samuel Conti
Judge Samuel Conti